**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-10383
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALTONIO O'SHEA DOUGLAS,
also known as Tony,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:92-CR-141-10-Y

April 15, 1999

Before POLITZ, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

Altonio (Tony) O'Shea Douglas, federal prisoner # 23798-077, appeals the district court's

denial of his motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2). Douglas argues

that the district court abused its discretion by improperly considering the effect of a two-level

enhancement under U.S.S.G. § 2D1.1(b)(1) for possession of a firearm. It was not an abuse of

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discretion for the district court to consider the effect of § 2D1.1(b)(1) in denying Douglas' motion. See United States v. Gonzalez-Balderas, 105 F.3d 981, 982 (5th Cir. 1997).

AFFIRMED.